928

No. 256.   ESTES *v.* TEXAS.   Petition for writ of certiorari to the Court of Criminal Appeals of Texas granted limited to Question 2 presented by the petition which reads as follows:

"Whether the action of the trial court, over petitioner's continued objection, denied him due process of law and equal protection of the laws under the Fourteenth Amendment to the Constitution of the United States, in requiring petitioner to submit to live television of his trial, and in refusing to adopt in this all out publicity case, as a rule of trial procedure, Canon 35 of the Canons of Judicial Ethics of the American Bar Association, and instead adopting and following, over defendant's objection, Canon 28 of the Canons of Judicial Ethics, since approved by the Judicial Section of the integrated (State agency) State Bar of Texas."

*Hume Cofer* and *John D. Cofer* for petitioner.   *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 223.   POORE ET AL. *v.* MAYER, JUDGE, ET AL.   Supreme Court of Ohio.   Certiorari denied.   *Stewart R. Jaffy* for petitioners.   *Gerald A. Donahue,* First Assistant Attorney General of Ohio, for respondents.

No. 413.   GENERAL ELECTRIC CO. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO.   C. A. 2d Cir.   Certiorari denied.   *David L. Benetar* and *Sanford Browde* for petitioner.   *Benjamin C. Sigal* and *David S. Davidson* for respondent.